*The accounting in* SAMUEL M. THOMPSON'S *Estate.*

WHEN the account books of executors will be required to be produced.

JOHN LEVERIDGE, *for himself and Mr. Frost.*
C. MINOR *and* D. R. JAQUES, *for Mr. Drake.*
G. VAN COTT, *for next of kin.*

THE SURROGATE. This is a motion on behalf of Elias G. Drake, one of the executors under the will of Samuel M. Thompson, for an order that John Leveridge and

Stephen A. Frost, his co-executors, be required to produce at the Surrogate's office the books of account, papers and vouchers of said estate, for the inspection and examination of said Drake; Leveridge and Frost having applied for a final accounting, and cited the next of kin and also Mr. Drake, as parties thereto.

In opposition to the motion, it is claimed that it is premature, inasmuch as the applicant has filed no objections to the account. Further, that there is no jurisdiction vested in the Surrogate to compel the production of books of account.

It appeared on the argument that these books were actually in the office of Mr. Leveridge; and that a personal difficulty had occurred between him and Mr. Drake.

The Surrogate will not direct the production of the account books before the examination of the account, or the filing of objections to items of the account. The vouchers are required to be filed, and by the inspection of these the parties in interest can make and file objections. On the trial of these objections, the account books may be produced.